FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIRANDA BURTON, on behalf of A.S. (Minor),<br><br>                    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | NO:  4:26-CV-5014-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand.  ECF No. 16.  The parties have agreed that this case should be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

//

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

**IT IS HEREBY ORDERED:**

The Parties' Stipulated Motion for Remand (ECF No. 16) is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand, the Administrative Law Judge will be directed to offer Plaintiff the opportunity for a hearing; re-evaluate whether Plaintiff's impairment or combination of impairments meet, medically equal, or functionally equal a listed impairment; take any other action necessary to complete the administrative record; and issue a new decision.

The Plaintiff's Opening Brief, ECF No. 12, is **denied** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** July 21, 2026.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2